IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) CRIMINAL ACTION |
| | ) NO. 07-CR-0258 |
| GREGORY JONES, | ) |
| | ) |
| LLOYD WASHINGTON, JR., and | ) |
| | ) |
| RONALD CRAWFORD, | ) |
| | ) |
| Defendants. | ) |

FILED
FEB 26 2009
MICHAEL E. KUNZ, Clerk
By_____Dep. Clerk

### ORDER

**AND NOW**, this 26th day of February, 2009, it is hereby **ORDERED** that Defendants shall respond to the Government's Third and Fourth Motions *in Limine* to Admit Testimony [Document Nos. 221 & 222] on or before **March 12, 2009**.

BY THE COURT:

CYNTHIA M. RUFE, J.