IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) CRIMINAL ACTION |
| | ) NO. 07-CR-0258 |
| GREGORY JONES, | ) |
| LLOYD WASHINGTON, JR., and | ) |
| RONALD CRAWFORD, | ) |
| Defendants. | ) |

## ORDER

**AND NOW**, this 30th day of June, 2009, upon consideration of the Government's Fourth Motion *in Limine* to Admit Testimony from Person #5 and Person #6 [Document No. 222], and the memoranda of law in opposition to the Government's Fourth Motion *in Limine* submitted by Defendants Gregory Jones and Lloyd Washington, Jr. [Document Nos. 249 and 261], and after a hearing and oral argument thereon, it is hereby **ORDERED** that the Government's Motion is **GRANTED**.

BY THE COURT:

/s/ Cynthia M. Rufe
_____
**CYNTHIA M. RUFE, J.**