IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | CRIMINAL ACTION |
| v. | : | |
| | : | NO.   07-258-1 |
| LLOYD WASHINGTON, JR., a/k/a "Bub" | : | |
| | : | |
| Defendant. | : | |
| | : | |
| UNITED STATES OF AMERICA | : | |
| | : | CRIMINAL ACTION |
| v. | : | |
| | : | NO.   07-258-5 |
| GREGORY JONES, a/k/a "G" | : | |
| | : | |
| Defendant. | : | |

## ORDER

**AND NOW,** this 30th day of January 2012, upon consideration of the post-trial motions and memoranda in support thereof, and the responses thereto, and for the reasons stated in the accompanying Memorandum Opinion, it is hereby **ORDERED** that Defendant Washington's Motion for Acquittal or a New Trial [Doc. No. 329] is **DENIED** and Defendant Jones's Motion for Acquittal or a New Trial [Doc. No. 328] is **DENIED**.

It is so **ORDERED**.

BY THE COURT:

/s/ Cynthia M. Rufe
_____
**CYNTHIA M. RUFE, J.**