IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | CRIMINAL ACTION |
| v. | : | |
| | : | NO.   07-258-1 |
| LLOYD WASHINGTON, JR., a/k/a "Bub" | : | |
| | : | |
| Defendant. | : | |
| | : | |
| UNITED STATES OF AMERICA | : | |
| | : | CRIMINAL ACTION |
| v. | : | |
| | : | NO.   07-258-5 |
| GREGORY JONES, a/k/a "G" | : | |
| | : | |
| Defendant. | : | |

## ORDER

**AND NOW,** this 17th day of July 2015, upon consideration of Defendants' Motions under 28 U.S.C. § 2255 [Doc. Nos. 482, 286] and the responses and replies thereto, and for the reasons stated in the accompanying Memorandum Opinion, it is hereby **ORDERED** that:

1. The Motions are **DENIED**; and

2. The Court finds no ground upon which to issue a certificate of appealability.

It is so **ORDERED**.

BY THE COURT:

/s/ Cynthia M. Rufe

_____
**CYNTHIA M. RUFE, J.**